UNITED STATES of America v. Mrs. Della Ferrell WHITSON, Adm'x, Harvey B. Ferrell and Mrs. Grover Little.

No. 6468.

Circuit Court of Appeals, Sixth Circuit.
March 8, 1934.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

Charles C. Gore and A. F. Officer, both of Livingston, Tenn., for appellees.

PER CURIAM.

Judgment of District Court reversed, with directions to dismiss the petition.

UNITED STATES of America ex rel. Jerihem SEEMAN, alias Jack Seeman, alias Jack Seiman, alias John Burtone, alias T. H. Rice, Relator-Appellant, v. Hon. Raymond J. MULLIGAN, United States Marshal for the Southern District of New York, Respondent-Appellee.

No. 314.

Circuit Court of Appeals, Second Circuit.
April 2, 1934.

Fogarty, Quel & Devlin, of New York City (John J. Fogarty and James G. Duffy, both of New York City, of counsel), for appellant.

Martin Conboy, U. S. Atty., of New York City (William W. Prager, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.